UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

FILED

2003 NOV -5 P 2: 44

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| PAMELA MITCHELL, | ) | Case No. 03-CV-607 (WWE) |
| | ) | |
| Plaintiff, | ) | Judge Eginton |
| | ) | |
| v. | ) | |
| | ) | |
| TELECHECK SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT JUDGMENT**

Plaintiff/counterclaim defendant, Pamela Mitchell, in accordance with Federal Rule of Civil Procedure 58, hereby consents to have a judgment in the amount of $1,133.00 entered against her and in favor of defendant/counterclaim plaintiff, TeleCheck Services, Inc., on the counterclaims of TeleCheck Services, Inc. The Court shall retain jurisdiction with respect to the enforcement of this judgment.

BY THE COURT:

_____
WARREN W. EGINTON, J.

_____
Sarah Poriss, Esquire
The Consumer Law Group, LLC
Attorney for Plaintiff
Pamela Mitchell
Federal Bar No. ct24372
Telephone No. (860) 571-0408
Facsimile No. (860) 571-7457
Email: sporiss@consumerlawgroup.com

_____
Dale M. Clayton, Esquire
Polivy & Taschner, LLC
Attorney for Defendant
TeleCheck Services, Inc.
Federal Bar No. ct14106
Telephone No. (860) 560-1180
Facsimile No. (860) 560-1354
Email: dmclaytonesq@aol.com