UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA MITCHELL, | ) Case No. 03-CV-607 (WWE) |
| Plaintiff, | ) Judge Eginton |
| v. | ) |
| TELECHECK SERVICES, INC., | ) |
| Defendant. | ) |

### CONSENT JUDGMENT

Plaintiff/counterclaim defendant, Pamela Mitchell, in accordance with Federal Rule of Civil Procedure 58, hereby consents to have a judgment in the amount of $1,133.00 entered against her and in favor of defendant/counterclaim plaintiff, TeleCheck Services, Inc., on the counterclaims of TeleCheck Services, Inc. The Court shall retain jurisdiction with respect to the enforcement of this judgment.

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT 11/12/03

BY THE COURT:

_____
WARREN W. EGINTON, J.

_____              _____
Sarah Poriss, Esquire                          Dale M. Clayton, Esquire
The Consumer Law Group, LLC                    Polivy & Taschner, LLC
Attorney for Plaintiff                         Attorney for Defendant
Pamela Mitchell                                TeleCheck Services, Inc.
Federal Bar No. ct24372                        Federal Bar No. ct14106
Telephone No. (860) 571-0408                   Telephone No. (860) 560-1180
Facsimile No. (860) 571-7457                   Facsimile No. (860) 560-1354
Email: sporiss@consumerlawgroup.com            Email: dmclaytonesq@aol.com